

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jesus Daniel Hernandez,         * From the 238th District Court
of Midland County,
Trial Court No. CR56108.

Vs. No. 11-22-00345-CR         * January 19, 2023

The State of Texas,         * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.